IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01331-KMT

LISA F. MARIN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Kathleen M. Tafoya on August 24, 2015, incorporated herein by reference, it is

ORDERED that the Commissioner's decision is REVERSED and this case is REMANDED to the Commissioner. It is

FURTHER ORDERED that final judgment is hereby entered in favor of Plaintiff, Lisa F. Marin, and against Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security. It is

FURTHER ORDERED that Plaintiff is awarded costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1

DATED at Denver, Colorado this  24th  day of August, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/M. Ortiz
M. Ortiz, Deputy Clerk